**Kevin CARTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 76419.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 9, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 7, 2000.

Application for Transfer Denied
Aug. 29, 2000.

Mark A. Grothoff, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Krista D. Boston, Asst. Atty. Gen., Jefferson City, for respondent.

Before: GARY M. GAERTNER, P.J., PAUL J. SIMON, J., and JAMES R. DOWD, J.

*ORDER*

PER CURIAM.

This is an appeal from a judgment denying a Rule 29.15 motion after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the motion court's judgment is based on findings of fact and conclusions of law that are not clearly erroneous. An opinion reciting the detailed facts and re-

stating the principles of law would have no precedential value.

The judgment is affirmed pursuant to Rule 84.16(b).